1
2
3
4

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| ROBERT DAVIS and CYNTHIA MORFORD, | NO: 13-CV-0391-TOR |
|---|---|
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

BEFORE THE COURT is the parties' Stipulation and Motion for Order of Dismissal (ECF No. 18). Pursuant to the parties' stipulation, all claims and causes of action are **DISMISSED** with prejudice and without costs or fees to any party. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

//

//

//

//

ORDER OF DISMISSAL ~ 1

1 **IT IS HEREBY ORDERED**:

2     The parties' Stipulation and Motion for Order of Dismissal (ECF No. 18) is

3 **GRANTED**. All claims and causes of action are **DISMISSED** with prejudice and

4 without an award of costs or fees.

5     The District Court Executive is directed to enter this Order, provide copies

6 to counsel, and **CLOSE the file**.

7     **DATED** April 3, 2015.



                    THOMAS O. RICE
               United States District Judge